**UNITED STATES OF America,**
**Plaintiff–Appellee,**

v.

**Tyrone HART, Defendant–Appellant.**

**No. 13–14555**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 13, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Bruce Brown, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

David K. Tucker, David K. Tucker, PA, Coral Gables, FL, for Defendant–Appellant.

Tyrone Hart, Coleman, FL, pro se.

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

BY THE COURT:

David Tucker, appointed counsel for Tyrone Hart, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hart's conviction and sentence are **AFFIRMED**.